UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | CASE NO.: CR 213-44 |
| v. | * | |
| | * | |
| ROBERT TROY ALTMAN, | * | |
| Defendant. | * | |

## ORDER

Upon consideration of the Motion for Leave of Absence by attorney RONALD E. HARRISON II for the dates of September 26-29, 2014; November 10-14, 2014; December 12-15, 2014 and December 29-January 5, 2015, the same is hereby GRANTED.

SO ORDERED, this 2nd day of September, 2014.

MAGISTRATE Judge, United States District Court
Southern District of Georgia